UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

EULOGIO GARCES HURTADO,

    Petitioner,

v.      Case No: 5:22-cv-541-BJD-PRL

WARDEN, FCC COLEMAN - LOW,

    Respondent.
_____

## **ORDER**

    Petitioner Eulogio Garces Hurtado initiated this action on November 7, 2022, by filing a pro se Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1). On November 9, 2022, Petitioner was directed to pay the filing fee or file an application to proceed *in forma pauperis* (IFP) within 30 days of the filing of his case. *See* Order (Doc. 2). Petitioner failed to comply or request additional time within which to do so.

    Therefore, on December 21, 2022, the Court directed Petitioner to show cause why this case should not be dismissed and pay the $5.00 filing fee or file an application to proceed IFP within 21 days from the date of the Order. *See* Order to Show Cause (Doc. 3). The Court advised Petitioner that failure to timely comply may result in the dismissal of this case without further notice.

*See id.* (citing Rule 3.10, Local Rules, United States District Court for the Middle District of Florida).

In prosecuting this action, Petitioner is responsible for complying with this Court's Orders. As of the date of this Order, he has neither complied with the Court's Orders (Docs. 2, 3), explained his noncompliance, nor requested additional time to comply. Given that the designated time to respond to the Court's Order to Show Cause (Doc. 3) passed on January 11, 2023, this Court concludes that the dismissal of this case for failure to prosecute is appropriate at this time.

Accordingly, it is now

**ORDERED AND ADJUDGED:**

1. This case is **DISMISSED without prejudice** for Petitioner's lack of prosecution.

2. The **Clerk** shall enter judgment dismissing this case, terminate any pending motions, and close the case.

**DONE AND ORDERED** at Jacksonville, Florida, this 25th day of January, 2023.

BRIAN J. DAVIS
United States District Judge

caw 1/23
c:
Eulogio Garces Hurtado, #41889-018